UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEROY HICKS, | No. 2:15-cv-00978-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On October 23, 2015, the parties stipulated to an extension of plaintiff's deadline to file a motion for summary judgment from October 23, 2015, to November 20, 2015, with all other deadlines extended accordingly. ECF No. 14. The parties state that the extension is required due to counsel for plaintiff's crowded briefing schedule.

For good cause shown, THE COURT HEREBY ORDERS that the parties' stipulation for the extension of time, ECF No. 14, is GRANTED.

DATED: October 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE