UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEROY HICKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:15-cv-00978-AC<br><br><br><br>ORDER |

Plaintiff has filed a stipulation and proposed order extending plaintiff's time to file a motion for summary judgment from November 20, 2015, to December 11, 2015, with all other deadlines extended accordingly.[1] ECF No. 16.

In accordance with the parties' stipulation THE COURT HEREBY ORDERS that plaintiff's deadline to file a motion for summary judgment is extended to December 11, 2015, with all other deadlines extended accordingly.

DATED: November 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The court reminds plaintiff's counsel that in accordance with Local Rule 137(b) she is required to submit proposed orders via email to the undersigned **in Word format**. No other formats are permissible.