UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM LEROY HICKS, | ) Civil No. 2:15-cv-00978-AC |
|     Plaintiff, | ) |
| | ) **STIPULATION AND ORDER FOR A** |
|     v. | ) **FIRST EXTENSION OF TIME FOR** |
| | ) **DEFENDANT TO FILE HER MOTION** |
| CAROLYN W. COLVIN, | ) **FOR SUMMARY JUDGMENT** |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days from today to file her motion for summary judgment.  Defendant apologizes for not calendaring this case properly and has taken steps to remedy the deficient practices.  Defendant respectfully requests this additional time because he has a very a heavy workload including a pending case before the Ninth Circuit.

    The new due date for Defendant's motion for summary judgment will be Wednesday, April 27, 2016.

Respectfully submitted,

Date: *March 28, 2016*          LAW OFFICE OF BESS M. BREWER

By:   */s/ Bess Brewer*
      BESS BREWER
      * *By email authorization on March 28, 2016*
      Attorney for Plaintiff

Date: *March 28, 2016*          BENJAMIN B. WAGNER
                                United States Attorney

By:   */s/ Jeffrey Chen*
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: March 30, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE