BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM LEROY HICKS, | Civil No. 2:15-cv-00978-AC |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 15 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy workload, including a pending Ninth Circuit brief that is requiring significant time to complete.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Thursday, May 12, 2016.

Respectfully submitted,

Date: *April 27, 2016*           LAW OFFICE OF BESS M. BREWER

                        By:  */s/ Bess Brewer\**
                             BESS BREWER
                             *\* By email authorization on April 27, 2016*
                             Attorney for Plaintiff

Date: *April 27, 2016*           BENJAMIN B. WAGNER
                                 United States Attorney

                        By:  */s/ Jeffrey Chen*
                             JEFFREY CHEN
                             Special Assistant United States Attorney
                             Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: May 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2