BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM LEROY HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:15-cv-00978-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 21 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of the recent passing of the undersigned's grandfather resulting in a family trip to Taiwan on short notice.  Consequently, the undersigned will be out of the office from Monday, May 16 through Friday, May 27, 2016.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Thursday, June 2, 2016.

Respectfully submitted,

Date: _May 12, 2016_     LAW OFFICE OF BESS M. BREWER

By:  */s/ Bess Brewer*\*
BESS BREWER
\* *By email authorization on May 12, 2016*
Attorney for Plaintiff

Date: _May 12, 2016_     BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: _May 17, 2016_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ