UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEROY HICKS, | No.  2:15-cv-00978 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On May 18, 2015, this court issued an Order giving defendant a third extension of time of 21 days to file her motion for summary judgment.  ECF 24.  That Order set a due date for the Motion of June 2, 2016.  Defendant has filed no such Motion.

Good cause appearing, IT IS HEREBY ORDERED that defendant shall show cause, within 14 days, why monetary sanctions should not be imposed for her failure to file a Motion for Summary Judgment in response to the Court's Order.

DATED: June 22, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE