UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEROY HICKS, | No. 2:15-cv-00978 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed Defendant's Response to the Order to Show Cause issued on June 22, 2016, finds there was good cause for the late filing that was the genesis of the Order and hereby discharges it.

IT IS SO ORDERED.

DATED: July 21, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE